UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 3:07-CR-95 |
| | ) | (VARLAN/GUYTON) |
| JOHN WESLEY IRONS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court for consideration of the Notice of Appearance of Counsel Or, In the Alternative, Motion For Substitution Of Counsel [Doc. 15] filed by attorney Gregory P. Isaacs, and Kim Tollison's present appointment as CJA counsel [Doc. 5].

At a telephone conference before this Court on August 30, 2007, CJA Attorney Kim Tollison orally moved to withdraw as counsel. Attorney Gregory Isaacs announced to the Court that he has been retained by Defendant's family to represent Defendant in this matter, and noted that he has filed a notice of appearance. [Doc. 15].

For good cause shown, CJA Attorney Kim Tollison's **oral motion to withdraw** is **GRANTED**, and the Motion to Substitute Counsel [Doc. 15] is **GRANTED**. Accordingly, CJA Attorney Kim Tollison is **RELIEVED** as counsel of record for the defendant, and Attorney Gregory P. Isaacs is **SUBSTITUTED** as counsel of record for the defendant in this matter.

**IT IS SO ORDERED.**

        **ENTER:**

          s/ H. Bruce Guyton
         United States Magistrate Judge