UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 3:07-CR-95 |
| V. | ) | ( Varlan / Guyton) |
| | ) | |
| JOHN WESLEY IRONS, | ) | |
| | ) | |
| Defendant | ) | |

## MEMORANDUM AND ORDER

On February 12, 2008, the parties had a telephone conference with the Court to jointly ask for a continuance of the briefing schedule. The currently scheduled date for the parties to submit post-hearing briefs is February 15, 2008. The parties jointly requested additional time for filing post-hearing briefs on the defendant's suppression motions, which was granted. The parties may file additional briefs for the Court's consideration on or before **February 25, 2008.**

**IT IS SO ORDERED.**

ENTER:

　　　s/ H. Bruce Guyton　　　
United States Magistrate Judge