UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:07-CR-95 |
| V. ) | ( Varlan / Guyton) |
| ) | |
| JOHN WESLEY IRONS, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

Motions To Suppress are pending before the Court on this matter. [Docs. 23, 24, 25]. The Court has conducted evidentiary hearings, and the parties have filed post-hearing briefs, the most recent being on June 13, 2008. The Court finds that oral argument on the said motions [Docs. 23, 24, 25] is needed, and the Court will schedule oral argument.

The matters raised by the Motions To Suppress are not ripe for adjudication due to the need for oral argument, and therefore, all time between the filing of the Motions To Suppress and the oral argument shall be fully excludable. 18 U.S.C. § 3161(h)(1)(F).

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge